**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(D)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Robert Coake and Susan Coake, Respondents,

v.

Kathleen Burt, n/k/a Kathleen Thomason, Petitioner.

Appellate Case No. 2011-188246

———————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———————

Appeal From Anderson County
J. Cordell Maddox, Jr., Circuit Court Judge

———————

Opinion No. 2012-MO-056
Heard December 6, 2012 – Filed December 19, 2012

———————

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Harold P. Threlkeld, of Anderson, for Petitioner.

James Allbright Blair III and Kirsten Elena Small, both of Nexsen Pruet, of Greenville, for Respondents.

**PER CURIAM:** We granted certiorari to review the decision of the court of appeals finding the circuit court erred in directing a verdict in favor of the seller of residential real estate because the issues of the reasonableness of the purchasers' inspection of the real estate prior to closing and the damages incurred from the seller's alleged incomplete or misleading disclosures on the inspection form were questions that should have been resolved by the jury. *See Coake v. Burt*, 391 S.C. 201, 705 S.E.2d 453 (Ct. App. 2010). We now dismiss the writ as improvidently granted.

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**